**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **DESMOND L. JONES,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| v.  : | **CASE NO. 7:06-CV-36 (HL)** |
| : | |
| **TOMAS CHAVARRIA, et al,** : | |
| : | |
| **Defendants** : | |
| : | |

**ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

The Recommendation of the United States Magistrate Judge (Doc. 6) filed June 8, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

There were no objections filed to the Magistrate Judge's Recommendation by the plaintiff within the time allotted.

**SO ORDERED,** this the 28th day of June, 2006.

**s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court**