**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **DESMOND L. JONES,** : | |
| : | |
| Plaintiff, : | |
| : | **CIVIL ACTION FILE** |
| VS. : | **NO. 7:06-CV-36 (HL)** |
| : | |
| **THOMAS CHAVARRIA,** : | |
| : | |
| Defendant. : | |

**ORDER TO SHOW CAUSE**

A review of this section 1983 claim brought by a state prisoner reveals that on August 15, 2006, an answer was filed on behalf of the defendant. Pursuant to the long established policy of this court, the filing of defendant's answer commenced the beginning of the standard ninety day discovery period. The discovery period thus ended on or about November 15, 2007. All parties having consented to the undersigned full time United States Magistrate Judge handling this matter, it was thus assigned on September 5, 2006. The last activity undertaken by the plaintiff herein was the notification to the Court of his address change on October 27, 2006. The court has determined that the plaintiff has filed no discovery herein or for that matter has done noting to truly prosecute this mater since its inception.

In view of the above and foregoing the plaintiff is hereby ORDERED and DIRECTED to SHOW CAUSE within twenty (20) days of the date of this order why his complaint should not be dismissed for his failure to diligently prosecute same as required by Federal Rule of Civil Procedure 41 and the policies of this court as set out in its order herein entered on June 8, 2006. Plaintiff's failure to comply with this order will result in the immediate dismissal of his complaint.

SO ORDERED, this 16th day of May 2007.


*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE